<u>PRETRIAL REPORT AND ORDER</u>

DATE PRETRIAL HELD:  OCTOBER 24, 2002        NO. 02-3703

CASE CAPTION: RICHARD A. McCURDY, JR., et al.
                      vs.
              NET CONSTRUCTION, INC.

1.  TRIAL COUNSEL            FOR PLAINTIFF: N. GOLDSTEIN

                             FOR DEFENDANT: T. HOUGH
                                            M. JAFFEE

2.  STATUS OF CASE: PLAINTIFF DEMANDS AUDIT TO DETERMINE
    CONTRIBUTIONS THAT ARE DUE.  COMPANION CASE IS ON APPEAL.
    PLAINTIFF WILL SET TELEPHONE CONFERENCE FOR 11/7/02
    AT 10:00 A.M.

3.  TRIAL DATE:

4.  JURY/NONJURY:

5.  PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
    OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF   :
        DEFENDANT(S):

NOTE:  ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
       AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
       TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT
ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                              SO ORDERED:


                              _____
                              CHARLES R. WEINER