```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. McCURDY, JR., ET AL    :
                                  :
         VS.                      : C.A. NO. 02-3703
                                  :
NET CONSTRUCTION, INC.            :
```

RULE TO SHOW CAUSE

AND NOW, this 8th day of April, 2003, a rule is hereby entered upon Defendant, Net Construction, Inc., and its President, Christopher Colletti, to show cause why the Court should not adjudge the Defendant to be in contempt of the Court's Order.

Rule returnable in Courtroom 6B, United States Courthouse for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania on the 23rd of April, 2003 at 9:30 a.m., D.S.T.

BY THE COURT:

_____CHARLES R. WEINER, J.