IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MCCURDY                               :
                                      :
                                      :
            VS.                       :    C.A. NO. 03-3703
                                      :
NET CONSTRUCTION

BEFORE WEINER, J.

      AND NOW, this 18th day of November, 2003, the above-entitled matter is **DISMISSED WITHOUT PREJUDICE.** The case is to remain in status quo and the Statute of Limitations is tolled.

      **This matter remains ACTIVE.** It is further understood that all discovery and settlement discussions will continue and if intervention by the Court is needed or desired, the parties **may ask for assistance** by either filing the appropriate motions, writing to the Court or by setting a telephone conference. The parties shall keep the Court advised of the status of this case and may request a firm trial date or settlement conference by writing directly to the Court or by setting a telephone conference.

ATTEST:                                         OR     BY THE COURT:


BY_____              _____
     COURT ROOM DEPUTY                              Charles R. Weiner, SJ
     Sheila M. Jeffers